

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00154-CR

---

The State of Texas, Appellant

v.

Arizona Rooney, Appellee

---

On Appeal from the 143rd District Court
Reeves County, Texas
Trial Court No. 23-12-09230-CRR

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 26th day of November 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.